UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK KENDALL et al.,<br><br>　　　　　　Plaintiff,<br>　v.<br>POPULAR MUSIC LLC et al.,<br><br>　　　　　　Defendant. | Case No. 5:12-cv-01971-ODW(CWx)<br><br>**ORDER TO SHOW CAUSE RE LACK OF SERVICE** |

Under Federal Rule of Civil Procedure 4(m), defendants must be served within 120 days after the complaint is filed, or else the Court "must dismiss the action without prejudice." Fed. R. Civ. P. 4(m). This action commenced on November 9, 2012—no proof of service has been filed with the Court, and no Defendant has appeared in this case.

Plaintiffs are hereby **ORDERED TO SHOW CAUSE** why Defendants have not been timely served. Plaintiffs have 7 days to comply with this order; or if Defendants have been served, Plaintiffs have 7 days to file the proof of service. Failure to respond will result in dismissal of this action.

**IT IS SO ORDERED.**

March 7, 2012

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**OTIS D. WRIGHT, II**
　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**